Opinion issued November 27, 2002






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01140-CV

____________


MICHAEL BREWSTER, Appellant


V.


RICHARDSON ELECTRONICS, LTD., Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 769,839






O P I N I O N

 This is an appeal from a judgment signed September 25, 2002. On November
5, 2002, this Court sent appellant a notice letter that stated:

 The clerk responsible for preparing the record in this appeal has
informed the Court that you have not made arrangements to pay for the
record. See Tex. R. App. P. 37.3(b).


 Accordingly, the Court may dismiss your appeal for want of prosecution
unless, within 15 days of the date of this letter, you make arrangements
to pay for the record, Tex. R. App. P. 35.3(a)(2), and provide this court
with proof of payment.


 Fifteen days have passed since the date of the notice letter and appellant has
not provided this Court with proof of payment for the clerk's record. 

 Accordingly, we dismiss the appeal for want of prosecution. See Tex. R. App.
P. 42.3(c).

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.


Do not publish. Tex. R. App. P. 47.